Paul B. Mengedoth, Esq. (018507)
**MENGEDOTH LAW PLLC**
20909 N. 90th Place, Suite 211
Scottsdale, AZ  85255
Tel: (480) 778-9100
Fax: (480) 778-9101
E-mail: paul@mengedothlaw.com

James A. Francis, Esq.
John Soumilas, Esq.
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA  19110
Tel: (215) 735-8600
Fax: (215) 940-8000
E-mail: jfrancis@consumerlawfirm.com
E-mail: jsoumilas@consumerlawfirm.com

*Counsel for Plaintiff Anam Abbas*
*and all other similarly situated individuals.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| ANAM ABBAS,<br>individually and on behalf of a class of similarly situated persons,<br><br>    Plaintiff,<br><br> vs.<br><br>EARLY WARNING SERVICES, LLC,<br><br>    Defendant. | No. CV-15-01976-PHX-DLR<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF MOTION AND UNCONTESTED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiff, Anam Abbas ("Plaintiff" or "Ms. Abbas") respectfully submits this Notice of Motion and Uncontested Motion For Final Approval of Class Action Settlement and Memorandum of Points and Authorities in Support Thereof (the "Motion").

PLEASE TAKE NOTICE that on March 17, 2017 at 4:30 p.m., in the United States District Court for the District of Arizona, Plaintiff shall appear and move the Court for an order finally approving the settlement reached between the parties in this matter. This Uncontested Motion is based upon this Notice of Motion and Motion, Memorandum of Points and Authorities, all exhibits attached thereto, all records and papers on file in this action, and any argument offered at a hearing on this Motion.

Dated: February 24, 2017

FRANCIS & MAILMAN, P.C.

By: */s/ John Soumilas*
James A. Francis, Esq. (*pro hac vice*)
John Soumilas, Esq. (*pro hac vice*)
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Tel: (215) 735-8600
Fax: (215) 940-8000
E-mail: jfrancis@consumerlawfirm.com
E-mail: jsoumilas@consumerlawfirm.com

MENGEDOTH LAW PLLC
Paul B. Mengedoth, Esq. (018507)
20909 N. 90th Place, Suite 211
Scottsdale, AZ 85255
Tel: (480) 778-9100
Fax: (480) 778-9101
E-mail: paul@mengedothlaw.com

*Counsel for Plaintiff Anam Abbas
and all similarly situated individuals.*

CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted in the CM/ECF system.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 24, 2017.

By: */s/ John Soumilas*
James A. Francis, Esq. (*pro hac vice*)
John Soumilas, Esq. (*pro hac vice*)
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Tel: (215) 735-8600
Fax: (215) 940-8000
E-mail: jfrancis@consumerlawfirm.com
E-mail: jsoumilas@consumerlawfirm.com

MENGEDOTH LAW PLLC
Paul B. Mengedoth, Esq. (018507)
20909 N. 90th Place, Suite 211
Scottsdale, AZ 85255
Tel: (480) 778-9100
Fax: (480) 778-9101
E-mail: paul@mengedothlaw.com

*Counsel for Plaintiff Anam Abbas and all similarly situated individuals.*