# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anam Abbas,<br><br>            Plaintiff,<br><br>v.<br><br>Early Warning Services LLC,<br><br>            Defendant. | No. CV-15-01976-PHX-DLR<br><br>**ORDER** |

The Court has reviewed Plaintiff's Uncontested Motion for Service Award and Award of Attorneys' Fees and Litigation Expenses and Memorandum in Support Thereof. (Doc. 51.) For good cause shown,

**IT IS ORDERED**:

1. Plaintiff Anam Abbas is awarded $6,000.00 for her service to the Class;

2. Class Counsel is awarded fees and costs in the total amount of Ninety Thousand and 00/100 Dollars ($90,00.00).

Defendant shall pay such sums in accordance with the terms of the Settlement Agreement.

Dated this 24th day of March, 2017.

Douglas L. Rayes
United States District Judge